NETTIE HAUSER and Others, Appellants, v. BELLA FELDMAN and Others,

Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.